IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LILLIE CHOYCE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF CHICAGO, et al.<br><br>　　　Defendants. | No. 07 CV 1790<br><br>JUDGE DER-YEGHIAYAN |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that on November 14, 2007, I have caused to be filed with the Clerk of the above Court <u>Plaintiff's Amended Complaint</u>.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2007, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

AMENDED COMPLAINT AND NOTICE OF FILING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Glenn Kevin Angel　　gangel@cityofchicago.org

　　　　　　　　　　　　　　　s/ Amanda S. Yarusso_____
　　　　　　　　　　　　　　　Amanda S. Yarusso
　　　　　　　　　　　　　　　Law Offices of Blake Horwitz, Ltd.
　　　　　　　　　　　　　　　155 N. Michigan, Suite 723
　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　Tel: (312) 616-4433
　　　　　　　　　　　　　　　Fax: (312) 565-7173