```
 1                   IN THE UNITED STATES DISTRICT COURT
                        NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3   LILY CHOYCE,                        ) Docket No. 07 C 1790
                                         )
 4          Plaintiff,                   )
                                         ) Chicago, Illinois
 5          vs.                          ) November 21, 2007
                                         ) 9:00 o'clock a.m.
 6   UNKNOWN OFFICERS, CITY OF           )
     CHICAGO, et al.,                    )
 7                                       )
            Defendants.                  )
 8

 9             TRANSCRIPT OF PROCEEDINGS - Motion
          BEFORE THE HONORABLE SAMUEL DER-YEGHIAYAN
10

11   APPEARANCES:
     For the Plaintiff:      HORWITZ, RICHARDSON & BAKER, LLC
12                           BY:  MR. MATTHEW C. ROBISON
                             20 South Clark Street
13                           Suite 500
                             Chicago, Illinois  60603
14

15   For City of Chicago:    CITY OF CHICAGO
                             BY:  MR. GLENN KEVIN ANGEL
16                           30 North LaSalle Street
                             Chicago, Illinois  60602
17

18

19

20

21

22            LAURA LACIEN, CSR, RMR, FCRR
                  Official Court Reporter
23       219 South Dearborn Street, Suite 1902
               Chicago, Illinois  60604
24                  (312) 408-5032

25
```

```
 1      (The following proceedings were had in open court:)
 2            COURTROOM DEPUTY:  07 C 1790, Choyce versus Unknown
 3   Officers, motion.
 4            MR. ANGEL:  Your Honor, again Glenn Angel for the
 5   City of Chicago.
 6            MR. ROBISON:  Good morning, your Honor.  Matthew
 7   Robison for the plaintiff.
 8            THE COURT:  Thank you.  Good morning, both.
 9            MR. ANGEL:  Your Honor, we're here again on my
10   motion to withdraw as counsel of record for the City and
11   we're in the same situation as the last case.  There's been
12   no specific attorney for the City that's been assigned to
13   take my place, so.
14            THE COURT:  Well, I assume, plaintiff's counsel, you
15   have no objection for somebody else taking over the case,
16   correct?
17            MR. ROBISON:  No, your Honor.  You know, we'd like
18   to have somebody file an appearance and, you know, within the
19   next week or two.  I understand that Mr. Angel isn't in
20   charge of that but, you know, if your order reflected, you
21   know, a new counsel for the City appears two weeks from
22   today, we'd feel a lot better about it.
23            THE COURT:  Well, I need the new counsel to appear
24   in this case anyhow because I need to give dates relating
25   because there's an answer already filed on November 16th and
```

```
 1  I need to give dates for discovery cutoff.  So if whoever is
 2  assigned would come in, I'll set the next status on this
 3  case -- I don't know if we had a status already set.
 4              MR. ANGEL:  I think we already do, your Honor,
 5  because on the last court date, the complaint was amended to
 6  add about 27 defendant officers.
 7              THE COURT:  December 18th is the next status hearing
 8  date.
 9              MR. ANGEL:  Correct.
10              THE COURT:  Okay.  So have somebody show up on
11  December 18th or file an appearance before that date.  And
12  then once that's done, I won't mind granting your request to
13  withdraw.
14              MR. ANGEL:  Certainly, your Honor.  Thank you.
15              MR. ROBISON:  Thank you, your Honor.
16              THE COURT:  Thank you.
17     (Which concluded the proceedings in the above-entitled
18  matter.)
19                    C E R T I F I C A T E
20          I hereby certify that the foregoing is a transcript
21  of proceedings before the Honorable Samuel Der-Yeghiayan on
22  November 21, 2007.
23  DATED:  June 30, 2008.
24                              by:    s/ Laura LaCien_____
25
```